# UNITED STATES BANKRUPTCY COURT
## District of Oregon

| | | |
|---|---|---|
| In re | ) | |
| **James Otis Rosser** | ) | Case No. **20−31685−tmb13** |
| | ) | CHAPTER 13 CONFIRMATION |
| Debtor(s) | ) | WORKSHEET |

Attorney: **MICHAEL BLASKOWSKY**          Trustee: Wayne Godare

**Present:** Debtor ( ) Jt. Debtor ( ) Attorney ( )          Conf. Hrg Date/Time:    07/08/2020   09:00 AM

**Creditors In Attendance:** _____

---

x **Enter Order: Denying Confirmation** 14 Days to File Amended Plan

Reason:  x (3) Debtor needs to File Amended Plan

**Objecting Parties:** Trustee

Court expressed its concerns with language re: retention of tax refunds.